**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 1, 2021.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-21-00109-CV
_____

## IN THE INTEREST OF B.A.S. AND G.R.S., MINOR CHILDREN

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-FD-2488**

## MEMORANDUM OPINION

This is an appeal from an order signed February 12, 2021. On March 8, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.